FILED
CHARLOTTE, NC

MAR 21 2013

US District Court
Western District of NC

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

IN THE MATTER OF THE SEARCH OF            )      MISC. NO. 3:13mj 79
                                           )
HP Laptop Computer, s/n: 00196-180-910-802 )     ORDER SEALING SEARCH WARRANT
PNY 32 GB thumb drive                      )     AFFIDAVIT AND APPLICATION
Panasonic mini-cassette DVM60              )
                                           )
_____)

UPON MOTION of the United States of America, by and through Anne M. Tompkins,

United States Attorney for the Western District of North Carolina, for an order directing that the

Search Warrant, Search Warrant Affidavit and Application, and the Motion to Seal and this

Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter

until further order of this court,

**IT IS HEREBY ORDERED** that the Search Warrant, Search Warrant Affidavit and

Application, the Motion to Seal and this Order be sealed until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's

Office.

This the 21st day of March, 2013.


                                        UNITED STATES MAGISTRATE JUDGE