UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: | ) DOCKET NO.: 3:13MJ79 |
| | ) |
| HP Laptop Computer, s/n: 00196-180-910-802 | ) **ORDER TO UNSEAL** |
| PNY 32 GB thumb drive | ) |
| Panasonic mini-cassette, DVM60 | ) |
| | ) |

UPON MOTION of the United States of America, by and through R. Andrew Murray, United States Attorney for the Western District of North Carolina, for an order directing that the Complaint in the above-captioned case be unsealed; and

IT APPEARING TO THE COURT that there no longer exists any danger to the attendant investigation in this case;

NOW, THEREFORE, IT IS ORDERED that the Search Warrant in the above-captioned case be unsealed.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 20th day of September, 2018.

_____
UNITED STATES MAGISTRATE JUDGE